C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Christopher C. Wheeler (State Bar No. 224872)
cwheeler@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:   (415) 954-4400
Facsimile:    (415) 954-4480

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DYCKMAN, an individual, SHERRY D. DYCKMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELL FINANCIAL SERVICES, a business entity, and DOES 1-50,<br><br>Defendants. | Case No.  EDCV13-01231-JGB (OPx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ORDER GRANTING DISMISSAL WITH PREJUDICE; EDCV13-01231-JGB (OPX)

29105\3952907.1

As set forth in the Stipulated Request for Dismissal with Prejudice, Plaintiffs and Counter-Defendants William E. Dyckman and Sherry Dyckman ("Dyckmans") and Defendant and Counterclaimant Dell Financial Services, LLC ("DFS") have stipulated and agreed through their respective counsel to dismiss with prejudice both the Dyckman's complaint against DFS and DFS's counterclaim against the Dyckmans, pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear its own costs, attorneys' fees, and other expenses arising from or relating to the complaint and counterclaim.

THEREFORE, the Court orders as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), both the Dyckmans' complaint against DFS and DFS's counterclaim against the Dyckmans, are dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and other expenses arising from or relating to the complaint and counterclaim.

**IT IS SO ORDERED.**

Dated: November 19, 2013

Honorable Jesus G. Bernal
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

ORDER GRANTING DISMISSAL WITH PREJUDICE; EDCV13-01231-JGB (OPX)

- 2 -

29105\3952907.1